IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TONY JAMES BELCOURT, Defendant. | CR 13-39-GF-BMM FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 981-982 and 21 U.S.C. § 853.

2. The Court entered a Preliminary Order of Forfeiture on August 6, 2014.

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. §§ 981-982 and 21 U.S.C. § 853.

1

4. There is cause to issue a forfeiture order under 18 U.S.C. §§ 981-982 and 21 U.S.C. § 853.

It is therefore ORDERED, DECREED, and ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the $43,652.53 shall enter in favor of the United States, pursuant to 21 U.S.C. § 853, free from the claims of any other party.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 12th day of October, 2017.

_____
Brian Morris
United States District Court Judge